# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01245-MSK-MEH

CENTRIX MOTOR SPORTS, LLC,

     Plaintiff,

v.

WIDE OPEN ADVENTURES, LLC, a/k/a Wide Open Baja Adventures, LLC, and
TODD CLEMENT,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2008.**

     Plaintiff's Unopposed Motion for Leave to File/Serve First Amended Complaint and Jury Demand [filed September 9, 2008; docket #20] is **granted**. The Clerk is directed to file the proposed First Amended Complaint and Exhibits [docket #20-3, 20-4].