IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01245-MSK-MEH

CENTRIX MOTOR SPORTS, LLC,

    Plaintiff,
v.

WIDE OPEN ADVENTURES, LLC, a/k/a Wide Open Baja Adventures, LLC, and
TODD CLEMENT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 10, 2008.**

    Defendant Wide Open Adventures, LLC's Unopposed Motion to Amend the Scheduling Order and Extend the Period in which to Join Parties and Amend Pleadings [filed November 10, 2008; docket #37] is **granted**. The time period in which to join parties and amend the pleadings is extended to **December 4, 2008**.