IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01245-MSK-MEH

CENTRIX MOTOR SPORTS, LLC,

    Plaintiff,

v.

WIDE OPEN ADVENTURES, LLC, a/k/a Wide Open Baja Adventures, LLC, and
TODD CLEMENT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 2, 2009.**

    Defendants' Unopposed Motion to Amend the Scheduling Order and Extend the Period in which to Serve Written Discovery [filed January 30, 2009; docket #40] is **granted**. The deadline to serve written discovery is extended up to and including **February 16, 2009**.