IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01245-MSK-MEH

CENTRIX MOTOR SPORTS, LLC,

     Plaintiff,
v.

WIDE OPEN ADVENTURES, LLC, a/k/a Wide Open Baja Adventures, LLC, and
TODD CLEMENT,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 18, 2009.**

     The Joint Undisputed Motion to Amend the Scheduling Order and Extend the Period in which to Serve Written Discovery [filed February 16, 2009; docket #44] is **granted**. The deadline to serve written discovery is extended up to and including **February 23, 2009**.