IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01245-MSK-MEH

CENTRIX MOTOR SPORTS, LLC,

    Plaintiff and Counterclaim Defendant,

v.

WIDE OPEN ADVENTURES, LLC., a/k/a WIDE OPEN BAJA ADVENTURES, LLC,

    Defendant and Counterclaimant,

and

TODD CLEMENT,

    Defendant.

## ORDER OF OPPORTUNITY TO HAVE DISPOSITIVE MOTIONS REFERRED TO MAGISTRATE JUDGE

THIS MATTER comes before the Court *sua sponte*.

The Court **FINDS** that the following dispositive motion **(#30)** has been pending in this matter for six months or longer and due to press of criminal cases may not be determined in as expedited a manner as the undersigned would like.  Pursuant to 28 U.S.C. § 636(c)(1), FED. R. CIV. P. 72(b) and D.C.COLO.LCivR 72.3(A), (B) and (D), parties may consent to **final** determination of the motion(s) by a magistrate judge, selected by random draw.

**IT IS THEREFORE ORDERED** that should the parties desire to have the pending dispositive motions referred to a magistrate judge for final determination, they shall file a unanimous consent by all parties within **ten days** of the date of this Order, failing which the motion shall be determined by the undersigned.

DATED this 9th day of April, 2009.

                                            **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge