IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01245-MSK-MEH

CENTRIX MOTOR SPORTS, LLC,

    Plaintiff,

v.

WIDE OPEN ADVENTURES, LLC, a/k/a Wide Open Baja Adventures, LLC, and
TODD CLEMENT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2009.**

    The Stipulated Motion to Amend Scheduling Order and Extend Time in which to Conduct Discovery [filed May 4, 2009; docket #50] is **granted**. The discovery cutoff is extended up to and including **June 12, 2009**, solely for the purpose of conducting the depositions of Robert Sutton and Todd Clement. The dispositive motions deadline is extended up to and including **July 10, 2009**. Absent exceptional cause, the Court will likely decline to grant future extension requests.